# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JAMAR HERRINGTON, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-97 |
| | * | |
| v. | * | |
| | * | |
| WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON, | * | |
| | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 6. Petitioner Jamar Herrington ("Herrington") did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court also **DISMISSES without prejudice** Herrington's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus for failing to exhaust his available state remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Herrington *in forma pauperis* status on

AO 72A
(Rev. 8/82)

appeal and a Certificate of Appealability.

**SO ORDERED**, this ___30___ day of ___March___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)