AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMAR HERRINGTON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:22-CV-97

WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 31, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Accordingly, Petitioner's 28 U.S.C. § 2241 motion is dismissed without prejudice, and Petitioner is denied a certificate of appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

Date: April 3, 2023

Clerk: John E. Triplett

(By) Deputy Clerk

GAS Rev 10/1/03